IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | |
|---|---|
| IN RE: | ) CASE NO. 05-69543 |
| | ) |
| ELKINS, CLARENCE JR. | ) CHAPTER 7 |
| | ) |
| | ) JUDGE RUSS KENDIG |
| DEBTOR | ) |
| | ) <u>MOTION TO DISTRIBUTE</u> |
| | ) <u>FUNDS TO DEBTOR PRIOR</u> |
| | ) <u>TO APPROVAL OF FINAL</u> |
| | ) <u>REPORT</u> |

Now comes the Chapter 7 Trustee, Anne Piero Silagy, and respectfully requests the Court to enter an Order authorizing her make a distribution to the Debtor prior to the approval of the final report in this case.

1. On October 16, 2005, Clarence Elkins Jr., filed a petition for relief under Chapter 7 of the United States Bankruptcy Code. Anne Piero Silagy was appointed as the Chapter 7 trustee.

2. Prior to the filing of the bankruptcy petition, the Debtor's father, Clarence Elkins Sr., was wrongfully incarcerated and was subsequently exonerated and released from prison. As a result, Clarence Elkins Sr., the Debtor, his mother and his brother filed a civil rights action against the City of Barberton and various defendants in the United States District Court for the Northern District of Ohio entitled *Elkins v. Summit County of Ohio Prosecutor's Office, et. al.* Case No. 5:06 CV 3004. Through mediation a proposed settlement of the entire case was reached for $5,250,000.00 of which the sum of $626,787.32 was allocated by agreement of the Plaintiffs to the estate's claims.

3. From the estate's share of the proceeds, and pursuant to Court order, $216,906.65 was paid to special counsel for their fees and $5,000.00 was paid to the Debtor in full and *complete*

resolution of any exemptions. The remaining sum of approximately $404,000.00 is being held for further distribution in accordance with the United States Bankruptcy Code.

4. The settlement funds were received by the Chapter 7 trustee on January 26, 2011. On February 10, 2011 the trustee filed a 2011 tax return along with a 505b request for prompt determination of the estate's tax liability. It is the estate's and the Debtor's position that the funds are not taxable. According to the accountant, if such funds are taxable, the tax liability will be approximately $208,000.00.

5. Unsecured claims filed to date in the case total approximately $3,300.00. The trustee estimates that, even if there is tax liability, after payment to all creditors, there are funds in excess of all claims and projected expenses of at least $120,000.00. Since the closing of the case will not be for at least 60 days, and may be delayed even further if the return is selected for audit or there is a tax dispute, the Debtor has requested and the trustee believes it appropriate to make a partial distribution to the Debtor of $120,000.00. The trustee has budgeted some funds to challenge any IRS determination of tax liability, however, the Debtor understands that should any challenge of any IRS determination be required and exceed any reserve for any administrative expenses, the Debtor would be required to reimburse funds to the estate in order to continue any such challenge.

WHEREFORE, the Chapter 7 Trustee, Anne Piero Silagy, respectfully requests the Court to enter an Order authorizing her to distribute funds to the Debtor under the terms and conditions set forth above.

Respectfully submitted,

/s/Anne Piero Silagy
Anne Piero Silagy (#0030444)
220 Market Avenue South
Suite 900
Canton, Ohio 44702

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

IN RE: ) CASE NO. 05-69543
)
ELKINS, CLARENCE JR. ) CHAPTER 7
)
) JUDGE RUSS KENDIG
DEBTOR

## CERTIFICATE OF SERVICE

I, Anne Piero Silagy, hereby certify that the foregoing **Motion for Authority To Distribute Funds to Debtor Prior to Approval of the Final Report and Notice of Hearing** was sent by regular U.S. mail, postage prepaid, this **15th day of February 2011** to the following and to those listed on the attached service list:

Clarence Arnold Elkins, II
7645 Willow St
Louisville, OH 44641

Michele Berry
114 E. 8th Street
Cincinnati, OH 45202

Loevy & Loevy
312 North May St.
Ste. #100
Chicago, IL 60607

Roetzel & Andress
222 S Main St
Akron, OH 44308

Internal Revenue Service
Insolvency Group
1240 East Ninth Street
Room 457
Cleveland, OH 44199

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

United States Attorney's Office
Carl B. Stokes United States Courthouse
801 West Superior Ave. Suite 400
Cleveland, OH 44113-1852

Attorney General of the United States
US Department of Justice Tax Division
Civil Trial Section Northern Division
PO Box 55, Ben Franklin Station
Washington, DC 20044

Attorney General Office
Collection Enforcement Section
Attn: Bankruptcy Staff
150 E. Gay Street, 21st floor
Columbus, Ohio 43215


Ohio Dept of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, Ohio 43216-0530

I, Anne Piero Silagy, hereby certify that the foregoing **Motion for Authority To Distribute Funds to Debtor Prior to Approval of the Final Report and Notice of Hearing** was electronically transmitted on or about **February 15, 2011** via the Court's CM/ECF system to the following who are listed on the Court's Electric Mail Notice List:

- Warner Mendenhall    warnermendenhall@hotmail.com, bcyecfnotify@rushpost.com
- Bruce R Schrader    bschrader@ralaw.com
- Anne Piero Silagy    asilagycourt@neo.rr.com, asilagy@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov

/s/Anne Piero Silagy
Anne Piero Silagy

| Label Matrix for local noticing<br>0647-6<br>Case 05-69543-rk<br>Northern District of Ohio<br>Canton<br>Tue Feb 15 09:49:26 EST 2011 | Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 | DEBT CREDIT SERVICES<br>2493 Romig Road<br>Akron OH 44320-4109 |
|---|---|---|
| FIDELITY PROPERTIES INC<br>220 E MAIN ST<br>Alliance OH 44601-2423 | OXFORD COLLECTION SERVIC<br>135 Maxess Road Suite 2a<br>Melville NY 11747-3801 | ROSSMAN & CO<br>3592 Corporate Drive Suite 10<br>Columbus OH 43231-4978 |
| Asset Acceptance<br>PO Box 2036<br>Warren MI 48090-2036 | Aultman Hospital<br>2600 6TH ST SW<br>Canton OH 44710-1799 | Capital One<br>C/O Capital Management<br>726 Exchange St, Ste 700<br>Buffalo NY 14210-1494 |
| Charter ONe Bank<br>1215 Superior Av<br>Cleveland OH 44114-3299 | Diebold Employees Credit Union<br>5995 Mayfair Rd.<br>Canton OH 44720-1550 | MRN<br>801 South Waverly, Ste. 100<br>Lancing MI 48917-4200 |
| MRN<br>801 South Waverly, Ste. 100<br>Lansing MI 48917-4200 | Mercy Medical<br>1320 Mercy Dr.<br>Canton OH 44708-2641 | Movie Gallery<br>102 West Main ST<br>Dothan AL 36301 |
| Radiology Svcs of Canton<br>pob 20238<br>Canton OH 44701-0238 | Stark Co Emerg Phy<br>PO Box 20670<br>Canton OH 44701-0670 | Stark Credit Bureau<br>6973 PROMWAY AVE NW<br>Canton OH 44720-7321 |
| Anne Piero Silagy Esq<br>Canton<br>220 Market Ave S<br>#900<br>Canton, OH 44702-2181 | Clarence Arnold Elkins II<br>7645 Willow St<br>Louisville, OH 44641-9046 | Warner Mendenhall<br>190 N Union St<br>#201<br>Akron, OH 44304-1362 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090-2036 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients    1<br>Total    21 | |
|---|---|---|