IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | |
|---|---|
| IN RE: | ) CASE NO. 05-69543 |
| | ) |
| ELKINS, CLARENCE JR. | ) CHAPTER 7 |
| | ) |
| | ) JUDGE RUSS KENDIG |
| DEBTORS | ) |
| | ) |

## NOTICE OF HEARING

Anne Piero Silagy, Trustee has filed a Motion for Authority To Distribute Funds to Debtor Prior to Approval of the Final Report with the Court.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to authorize and approve the settlement, or if you want the court to consider your views on the notice and motion to compromise, then on or before **March 1, 2011** you or your attorney must:

    File with the court a written response explaining
    Your position at:

        Clerk
        U.S. Bankruptcy Court
        Ralph Regula Federal Building
        401 McKinley Ave SW
        Canton, Ohio 44702

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

        Anne Piero Silagy, Esq.
        220 Market Avenue South
        Suite 900
        Canton, Ohio 44702

Attend the hearing scheduled to be held on March 7, 2011 at 3:00 p.m. before at the. United States Bankruptcy Court for the Northern District of Ohio Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave SW, Canton, Ohio 44702

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: February 15, 2011

/s/Anne Piero Silagy
Anne Piero Silagy
220 Market Avenue South
Suite 900
Canton, Ohio 44702