**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 11:26 AM September 20, 2012**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MELINDA LOUISE ELKINS, | ) | CASE NO. 05-65317 |
| | ) | |
| Debtor. | ) | JUDGE RUSS KENDIG |
| | ) | |
| | ) | **MEMORANDUM OF OPINION (NOT** |
| | ) | **INTENDED FOR PUBLICATION)** |
| _____ | ) | _____ |
| | ) | CHAPTER 7 |
| IN RE: | ) | |
| | ) | CASE NO. 05-69543 |
| CLARENCE ARNOLD ELKINS, II, | ) | |
| | ) | JUDGE RUSS KENDIG |
| Debtor. | ) | |
| | ) | **MEMORANDUM OF OPINION (NOT** |
| | ) | **INTENDED FOR PUBLICATION)** |
| | ) | |

Now before the Court is the United States' motion for order compelling City of Barberton to produce documents with respect to which it asserts work product immunity or attorney-client privilege ("motion"), filed on March 14, 2012.

The court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and the general order of reference entered in this district on April 4, 2012. Venue in this district and division is proper pursuant to 28 U.S.C. § 1409. This proceeding is a core proceeding under 28 U.S.C. § 157(b)(2).

1

This opinion is not intended for publication or citation. The availability of this opinion, in electronic or printed form, is not the result of a direct submission by the court.

## FACTS

On March 14, 2012, the United States filed a motion seeking an order compelling the City of Barberton ("City") to produce documents to which it asserts attorney-client privilege or attorney work product privilege. The United States asserts that it served a subpoena on the City seeking documents that reveal the intent and reasoning of the City, its insurers, and its counsel for payment of a settlement to Debtors. Specifically, the United States seeks to ascertain the portion of the payment allocated to the settlement of tort claims for physical injuries and/or physical sickness and the portion of the payment allocated to the settlement of tort claims for emotional or other non-physical injuries or sickness, non-tort claims, and punitive damages.

On May 17, 2012, the Court entered an order granting the United States' motion for order compelling the City to produce documents and ordered that the City produce all documents claimed as privileged within thirty (30) days from the date of the order for an in camera inspection.

The City produced documents to the Court for an in camera inspection on June 14, 2012 in an electronic format, compact discs, along with a privilege log. On June 21, 2012, the Court entered correspondence to the City which requested the submission in paper format of documents listed on the privilege log that the Court was unable to locate among the documents on the discs provided. On July 2, 2012, the City submitted the requested documents in paper. On July 3, 2012, the City supplemented the documents submitted with three (3) additional documents and a supplemental privilege log.

The City's privilege logs reference 164 documents, which amounted to thousands of pages for the Court to review. More troubling than the sheer volume of documents was the fact that the City almost entirely ignored the Court's May 17, 2012 order. That order provided that the City was to organize each document by a number assigned on the privilege log into binders with tabs. While the City asked for and obtained the approval of the Court to provide the documents in an electronic format, the City just loaded the documents onto discs and let the Court guess which document pertained to which entry on the privilege logs. The privilege logs contained the number of the disc that each document was located. However, in many instances, the Court could not find the document on the indicated disc and, instead, located it on another disc. In addition, some of the documents were duplicated on several discs. The end result was great difficulty for the Court when reviewing these documents.

For purposes of identification, the Court numbered each document included on the privilege logs and attaches the numbered privilege logs as Exhibit A to this Memorandum of Opinion. Throughout this Memorandum of Opinion, the Court identifies each document by the number assigned to it on the privilege logs in Exhibit A.

2

## LAW AND ARGUMENT

Federal Rule of Bankruptcy Procedure 7037 is applicable to this matter and incorporates Federal Rule of Civil Procedure 37. The Court finds that the parties attempted to resolve this dispute before bringing it to the Court in accordance with Local Bankruptcy Rule 7026 and Fed. R. Civ. P. 26(c)(1) and 37(a)(1).

### I. Attorney-Client Privilege

"It is a general rule that confidential communications between an attorney and his client, made because of the professional relationship and concerning the subject matter of the attorney's employment, are privileged from disclosure, even for the purposes of the administration of justice." United States v. Goldfarb, 328 F.2d 280, 281 (6th Cir. 1964). Attorney-client privilege applies to documents as follows:

> (1) Where legal advice of any kind is sought (2) from a professional legal adviser in his capacity as such, (3) the communications relating to the purpose, (4) made in confidence (5) by the client, (6) are at his instance permanently protected (7) from disclosure by himself or by the legal adviser, (8) except [where] the protection be waived.

Id.; accord In re Classicstar Mare Lease Litig., No. 5:07-cv-353-JMH, 2012 U.S. Dist. LEXIS 49589, at 23-24 (E.D. Ky. Apr. 6, 2012). In addition, the attorney-client privilege "covers records of communications between attorneys and their government clients pertaining to the attorneys' legal advice." The State Ex Rel. Dawson v. Bloom-Carroll Local Sch. Dist., 131 Ohio St. 3d 10, 15 (Ohio 2011). It includes correspondence that reveals the client's motivation for seeking legal representation, the nature of the services to be provided, strategies for litigation, and other confidential information exchanged during representation. Id.

The City claims attorney-client privilege for fifty-six (56) of the 164 documents.[1] The majority of these documents are litigation plans, status reports, and correspondence regarding settlement, the City's policies, and retention of experts. In addition, the City also claims attorney-client privilege for the transmittal of invoices for payments to experts and other services.

After reviewing these fifty-six (56) documents, the Court finds that all these documents fall under the attorney-client privilege except for the transmittal of invoices for experts and other services rendered. These documents contain information pertaining to the attorneys' legal advice to the City and reveal the City's motivation for seeking legal representation, litigation strategies, and other confidential information.

---

[1] Nearly all of the documents claimed as privileged by the attorney-client privilege are also claimed privilege under the attorney work product doctrine. The Court reviews these documents for whether attorney-client privilege only applies in this section and will address whether the documents are privileged under the attorney work product doctrine below.

3

Accordingly, the Court finds that documents 109, 128, 134, 135, 136, 140, 156, 157, and 158 are not subject to the attorney-client privilege and are discoverable by the United States. The remaining documents for which attorney-client privilege is claimed are privileged and are not discoverable by the United States.[2]

II.    <u>Attorney Work Product Doctrine</u>

The work-product doctrine protects an attorney's trial preparation materials from discovery to preserve the integrity of the adversarial process. The work-product doctrine is a procedural rule of federal law …. [Federal Rule of Civil Procedure] 26(b)(3) protects (1) "documents and tangible things"; (2) "prepared in anticipation of litigation or for trial"; (3) "by or for another party or its representative."

<u>In re Professionals Direct Ins. Co.</u>, 578 F.2d 432, 438 (6th Cir. 2009) (citing <u>Hickman v. Taylor</u>, 329 U.S. 495, 510-14 (1947)). The protection of Rule 26(b)(3) is limited to one who is a party to the litigation in which discovery is sought. <u>Arkwright Mutual Ins. Co. v. Nat'l Union Fire Ins. Co. of Pittsburgh, PA.</u>, No. 93-3084, 1994 U.S. App. LEXIS 3828, at 11-12 (6th Cir. 1994). Thus, "[d]ocuments prepared for one who is not a party to the present suit are wholly unprotected … ." <u>Id.</u> at 12 (quoting C. Wright & A. Miller, Federal Practice and Procedure § 2024, at 201-2). However, a court may issue a protective order to "protect a … person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c).

The City claims the majority of the documents on its privilege logs as privileged by the attorney work product doctrine. The City is not a party to the instant matter for which the discovery is sought. The United States seeks the documents to make a determination about tax liability for the Debtors in these bankruptcy cases. The City was a party in the previous litigation, but is not a party to the instant matters. Thus, the attorney work product doctrine does not apply to the City's documents. Except for the documents found to be privileged under the attorney-client privilege as enumerated above, all of the documents listed on the privilege logs are not privileged under the attorney work product doctrine and, thus, are discoverable by the United States. If appropriate, the City may request that the Court issue a protective order.

## CONCLUSION

Accordingly, the Court finds that, except for the documents deemed to be privileged as enumerated above, the City shall provide the documents on its privilege logs to the United States within fourteen (14) days.

An order will be entered simultaneously with this opinion.

---

[2] The following is an all-inclusive list of the documents subject to attorney-client privilege: 2, 3, 4, 7, 8, 16, 17, 31, 32, 33, 39, 40, 41, 47, 49, 50, 52, 53, 57, 60, 63, 64, 66, 71, 73, 74, 83, 90, 94, 95, 96, 97, 99, 100, 102, 110, 123, 125, 126, 129, 132, 144, 153, 161, 162, 163, and 164.

4

#         #         #

**<u>Service List:</u>**

Alan Shapiro
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044

John N. Childs
Justin M. Alaburda
Brennan, Manna & and Diamond
75 East Market Street
Akron, OH 44308

5

EXHIBIT
A

In re Melinda Louise Elkins, ...se No. 05-65317 (USBC ND Ohio)
In re Clarence Arnold Elkins, II, Case No. 05-69543 (USBC ND Ohio)

City of Barberton's Privilege or Work-Product Documents Log

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 1 | N/A | Various Attorneys at Mazanec, Raskin & Ryder | Scottsdale Ins. Co.; file | MR&R research notes, memoranda, case law compilations | Attorney work product |
| 2 | 03/06/2007 | Todd M. Raskin, Esq., MR&R | Scottsdale Ins. Co. | Litigation Plan | Attorney-client privilege/attorney work product |
| 3 | 09/14/2007 | Todd M. Raskin, Esq., MR&R | Scottsdale Ins. Co. | Supplemental Litigation Plan | Attorney-client privilege/attorney work product |
| 4 | 03/14/2008 | Todd M. Raskin, Esq., MR&R | Scottsdale Ins. Co. | Supplemental Litigation Plan | Attorney-client privilege/attorney work product |
| 5 | 09/11/2008 | Carl E. Cormany, Esq., MR&R | File | Memo regarding Plaintiffs Discovery Requests | Attorney work product |
| 6 | 09/11/2008 | | Notes for file | Talking Points for Status Conference regarding mental health records | Attorney work product |
| 7 | 09/16/2008 | Todd M. Raskin, Esq., MR&R | Scottsdale Ins. Co. | Supplemental Litigation Plan | Attorney-client privilege/attorney work product |
| 8 | 09/16/2008 | Todd M. Raskin, Esq., MR&R | Scottsdale Ins. Co. | Supplemental status report. | Attorney-client privilege/attorney work product |
| 9 | 11/05/2008 | Todd M. Raskin, Esq., MR&R | File | Memo regarding Dr. Platt | Attorney work product |

City of Barberton's Privilege or Work-Product Documents Log

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 10 | 12/08/2008 | Todd M. Raskin, Esq., MR&R | Eve Green, Paralegal, MR&R | Memo regarding medical providers: Aultman Hospital; Matthew Inman, M.D., Margaret Kessler, Ph.D., Kaplan Consulting & Counseling, Carrolton Medical Management | Attorney work product |
| 11 | 01/02/2009 | Matthew Inman, M.D. | Todd M. Raskin, MR&R | Confidential Medical Records of Clarence Elkins | Attorney work product |
| 12 | 01/02/2009 | Samaritan Behavioral Health Center | Todd M. Raskin, MR&R | Confidential Medical Records of Melinda Elkins | Attorney work product |
| 13 | 02/16/2009 | Paralegal Dept. | Todd M. Raskin, MR&R | Index of Medical Records of Clarence Elkins, Sr. | Attorney work product |
| 14 | 02/18/2009 | Donna Czerwinski, Paralegal MR&R | Todd M. Raskin, MR&R | Memo regarding summary of Elkins medical records. | Attorney work product |
| 15 | 02/18/2009 | Todd M. Raskin, Esq., MR&R | Dr. Swales, Expert | Letter to Dr. Swales regarding psychological evaluation of Clarence Elkins | Attorney work product |
| 16 | 02/19/2009 | Todd M. Raskin, Esq., MR&R | Scottsdale Ins. Co. | Supplemental status report summarizing medicals. | Attorney-client privilege/attorney work product |
| 17 | 04/02/2009 | Todd M. Raskin, Esq., MR&R | Scottsdale Ins. Co. | Supplemental Litigation Plan | Attorney-client privilege/attorney work product |

City of Barberton's Privilege or Work-Product Documents Log

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 18 | 04/24/2009 | Eve Green, Paralegal, MR&R | Caroll County Alcohol Addiction | Letter requesting medical records | Attorney work product |
| 19 | 05/20/2009 | Carroll County Alcohol & Addiction Program | Todd M. Raskin, MR&R | Confidential Medical Records of Clarence Elkins | Attorney work product |
| 20 | 05/20/2009 | Eve Green, Paralegal, MR&R | Dr. Swales, Expert | Letter enclosing medical records | Attorney work product |
| 21 | 05/21/2009 | Eve Green, Paralegal MR&R | Todd M. Raskin, MR&R | Memo regarding Elkins' Carroll County Alcohol Program | Attorney work product |
| 22 | 05/21/2009 | Eve Green, Paralegal, MR&R | File | Typed notes of summary of Carroll County Alcohol Addiction | Attorney work product |
| 23 | 06/03/2009 | Family Practice Center of Louisville | Todd M. Raskin, MR&R | Clarence Elkins Medical Records of 12/23/2008 | Attorney work product |
| 24 | 06/03/2009 | Kessler Psychological Services | Todd M. Raskin, MR&R | Clarence Elkins, Confidential Medical Records | Attorney work product |
| 25 | 06/03/2009 | Kaplan Consulting & Counseling | Todd M. Raskin, MR&R | Confidential Medical Records of Clarence Elkins | Attorney work product |
| 26 | 06/03/2009 | Aultman Hospital and Alliance Community Svc. | Todd M. Raskin, MR&R | Confidential Medical Records of Clarence Elkins | Attorney work product |

05-69543-rk    Doc 139    FILED 09/20/12    ENTERED 09/20/12 11:30:32    Page 8 of 24

In re Melinda Louise Elkins, (  No. 05-65317 (USBC ND Ohio)
In re Clarence Arnold Elkins, II, Case No. 05-69543 (USBC ND Ohio)

City of Barberton's Privilege or Work-Product Documents Log

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 27 | 06/03/2009 | Mercy Medical Center-Billing | Todd M. Raskin, MR&R | Confidential medical bills of Melinda Elkins; | Attorney work product |
| 28 | 06/03/2009 | Samarian Behavioral Health, Inc. | Todd M. Raskin, MR&R | Confidential Medical Records of Melinda Elkins | Attorney work product |
| 29 | 06/03/2009 | Matthew Inman Records & Billing | Todd M. Raskin, MR&R | Confidential Medical Records of Clarence Elkins | Attorney work product |
| 30 | 06/03/2009 | Carrollton Medical Facility | Todd M. Raskin, MR&R | Confidential Medical Records, including records from Diana Dally, RN | Attorney work product |
| 31 | 10/13/2009 | Todd M. Raskin, Esq., MR&R | Scottsdale Ins. Co. | Supplemental Litigation Plan | Attorney-client privilege/attorney work product |
| 32 | 08/10/2010 | John T. McLandrich, MR&R | Scottsdale Ins. Co. | Letter regarding 6th Circuit Ct. of Appeals denying summary judgment | Attorney-client privilege/attorney work product |
| 33 | 08/18/2010 | Todd M. Raskin, Esq., MR&R | Scottsdale Ins. Co. | Supplemental Litigation Plan | Attorney-client privilege/attorney work product |
| 34 | 09/28/2010 | Julie A. Bickis, Esq., MR&R | Todd M. Raskin, Esq., MR&R | Memo regarding Jury Verdict Research | Attorney work product |
| 35 | 10/11/2010 | Todd M. Raskin, Esq., MR&R | Patrick Stetz, Selective Ins. | Correspondence regarding settlement. | Attorney work product |

In re Melinda Louise Elkins, ( No. 05-65317 (USBC ND Ohio)
In re Clarence Arnold Elkins, II, Case No. 05-69543 (USBC ND Ohio)

City of Barberton's Privilege or Work-Product Documents Log

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 36 | 10/11/2010 | Todd M. Raskin, Esq., MR&R | Patrick Stetz, Selective Ins. | Email regarding settlement and preparation for trial of case. | Attorney work product |
| 37 | 10/25/2010 | Thomas Glassman, Esq., Smith Rolfes & Skavdahl, MR&R | Richard Garner, Davis & Young; Todd M. Raskin, MR&R | Correspondence regarding settling claims. | Attorney work product |
| 38 | 10/25/2010 | Thomas Glassman, Esq., Smith Rolfes & Skavdahl, MR&R | Richard Garner, Davis & Young; Todd M. Raskin, MR&R | Correspondence with regard to settlement. | Attorney work product |
| 39 | 11/15/2010 | Todd M. Raskin, Esq., MR&R | Scottsdale Ins. Co. | Supplemental Litigation Plan | Attorney-client privilege/attorney work product |
| 40 | 11/16/2010 | Todd M. Raskin, Esq., MR&R | Scottsdale Ins. Co. | Correspondence regarding settlement. | Attorney-client privilege/attorney work product |
| 41 | 11/17/2010 | Todd M. Raskin, Esq., MR&R | Scottsdale Ins. Co. | Correspondence regarding settlement terms. | Attorney-client privilege/attorney work product |
| 42 | 11/17/2010 | Todd M. Raskin, Esq., MR&R | Mr. Swartz of JWF Specialty Co/Old National Insurance | Correspondence regarding mediation and settlement discussions. | Attorney work product |
| 43 | 11/17/2010 | Todd M. Raskin, Esq., MR&R | Carmen Naso, Esq., CWRU School of Law | Correspondence regarding settlement. | Attorney work product |
| 44 | 11/17/2010 | Todd M. Raskin, Esq., MR&R | Dr. Swales, MetroHealth (Defense Expert) | Correspondence regarding settlement. | Attorney work product |

In re Melinda Louise Elkins ( : No. 05-65317 (USBC ND Ohio)
In re Clarence Arnold Elkins, II, : Case No. 05-69543 (USBC ND Ohio)

City of Barberton's Privilege or Work-Product Documents Log

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 45 | 11/17/2010 | Todd M. Raskin, Esq., MR&R | Tony Monheim (Defense Expert) | Correspondence regarding settlement. | Attorney work product |
| 46 | 11/17/2010 | Todd M. Raskin, Esq., MR&R | Steve Rothlein (Defense Expert | Correspondence regarding settlement. | Attorney work product |
| 47 | 12/16/2010 | Selective Insurance Co. | City of Barberton | Policyholder's Release & Assignment | Attorney-client privilege/attorney work product |
| 48 | 12/27/2010 | Todd M. Raskin, Esq., MR&R | Selective Ins. & JWF Specialty Co./Old National Insurance | Correspondence regarding draft settlement and release. | Attorney work product |
| 49 | 12/27/2010 | Todd M. Raskin, Esq., MR&R | Scottsdale Ins. Co. | Correspondence regarding status of settlement. | Attorney-client privilege/attorney work product |
| 50 | 05/18/2007 | John Lysenko, Law Director | Carl E. Cormany, Esq. | Email regarding Elkins bankruptcy | Attorney-client privilege |
| 51 | 09/12/2007 | Steve Rothlein, Expert | Carl E. Cormany, Esq. | CV and rates for expert | Attorney work product |
| 52 | 08/23/2010 | Carol E. Cormany, Esq. | Scottsdale Insurance Co. | Email regarding joint motion for continuance of CMC | Attorney –client privilege |
| 53 | 09/09/2010-09/13/2010 | Scottsdale Insurance Co. | Todd M. Raskin, MR&R | String of emails regarding CMC conference. | Attorney-client privilege/work product |

City of Barberton's Privilege or Work-Product Documents Log

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 54 | 09/12/2010-09/13/2010 | David Swartz, Old National Ins. | Todd M. Raskin, MR&R | Email regarding CAN policy and coverage. | Attorney work product |
| 55 | 09/10/2010-09/14/2010 | Elizabeth McLaughlin, RLI Corp. | Todd M. Raskin, MR&R | String of emails regarding additional coverage. | Attorney work product |
| 56 | 09/10/2010 | David Swartz, Old National Ins. | Todd M. Raskin, MR&R | String of emails regarding additional coverage. | Attorney work product |
| 57 | 09/15/2010 | Scottsdale Insurance Co. | Todd M. Raskin, MR&R | Email regarding future strategy regarding settlement | Attorney-client privilege/work product |
| 58 | 09/15/2010 | Bob Rosenthal, Selective Insurance | Todd M. Raskin, MR&R | Email regarding policy with regard to future strategy. | Attorney work product |
| 59 | 09/15/2010 | Todd M. Raskin, MR&R | Ms. Eiber, Brouse McDowell | Email regarding policies and future strategy. | Attorney work product |
| 60 | 9/15/2010 | Todd M. Raskin, MR&R | Lisa Miller, Law Director of City of Barberton | Email transmitting policies. | Attorney-client privilege/work product |
| 61 | 09/17/2010 | Keven Eiber, Brouse McDowell | Todd M. Raskin, MR&R | Email requesting additional policies. | Attorney work product. |
| 62 | 09/17/2010 | Bob Rosenthal, Selective Insurance | Mary Ann Micklus & Todd M. Raskin | Email regarding insurance policy. | Attorney work product. |
| 63 | 09/20/2010 | Todd M. Raskin, MR&R | Scottsdale, RLI Corp., Selective, Old National Ins. | Email transmitting Plaintiff's settlement demand. | Attorney-client privilege/work product |

In re Melinda Louise Elkins, Case No. 05-65317 (USBC ND Ohio)
In re Clarence Arnold Elkins, II, Case No. 05-69543 (USBC ND Ohio)

City of Barberton's Privilege or Work-Product Documents Log

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 64 | 09/20/2010 | Todd M. Raskin, MR&R | Lisa Miller, Law Director | Email transmitting Plaintiff's settlement demand. | Attorney-client privilege/work product |
| 64 | 09/24/2010 | Todd M. Raskin, MR&R | Swatz of Old National Ins. | Email transmitting coverage position. | Attorney work product |
| 65 | 09/24/2010 | Todd M. Raskin, MR&R | Scottsdale Insurance Co. | Email transmitting status report. | Attorney-client privilege/work product |
| 66 | 09/24/2010 | Todd M. Raskin, MR&R | Carmen Naso, Expert | Email transmitting documents with regard to strategy of case. | Attorney work product |
| 67 | 09/24/2010 | Todd M. Raskin, MR&R | Keven Eiber, Brouse | String of emails regarding RLI's coverage letter. | Attorney work product |
| 68 | 09/27/2010 | Todd M. Raskin, MR&R | Todd M. Raskin, MR&R | Email requesting Affidavit in regards to strategy. | Attorney work product |
| 69 | 09/28/2010 | Carmen Naso, Expert | Patrick Stetz & Todd Raskin | Email regarding reassignment. | Attorney work product |
| 70 | 09/29/2010 | Bob Rosenthal | Scottsdale Insurance Co. | Email transmitting retention letter to Expert Naso. | Attorney-client privilege/work product |
| 71 | 09/29/2010 | Todd M. Raskin, MR&R | Todd M. Raskin, MR&R | Email requesting information of testimony. | Attorney work product |
| 72 | 10/05/2010 | Carmen Naso, Expert | Todd M. Raskin, MR&R | Email requesting information of testimony. | Attorney work product |

In re Melinda Louise Elkins, ~~e No. 05-6317 (USBC ND Ohio)
In re Clarence Arnold Elkins, II, Case No. 05-69543 (USBC ND Ohio)

City of Barberton's Privilege or Work-Product Documents Log

| DOC. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 73 | 10/05/2010 | Todd M. Raskin, MR&R | Lisa Miller, City of Barberton | Email transmitting Plaintiff's new settlement demand, etc. | Attorney-client privilege/work product |
| 74 | 10/11/2010 | Todd M. Raskin, MR&R | Scottsdale Insurance Co. | Email transmitting current status of case. | Attorney-client privilege/work product |
| 75 | 10/11/2010 | Todd M. Raskin, MR&R | Selective Insurance Co. | Email transmitting current status of case. | Attorney work product |
| 76 | 10/11/2010 | Todd M. Raskin, MR&R | RLI Corp. | Email transmitting current status of case. | Attorney work product |
| 77 | 10/11/2010 | Todd M. Raskin, MR&R | Tony Monheim, Expert | Email transmitting notice of trial date. | Attorney work product |
| 78 | 10/11/2010 | Todd M. Raskin, MR&R | Rothlein, Expert | Email transmitting notice of trial date. | Attorney work product |
| 79 | 10/11/2010 | Todd M. Raskin, MR&R | Naso, Expert | Email transmitting notice of trial date. | Attorney work product |
| 80 | 10/11/2010 | Betsy from RLI Corp. | Todd M. Raskin, MR&R | Email regarding status of demands. | Attorney work product |
| 81 | 10/11/2010 | Todd M. Raskin, MR&R | Patrick Stetz, Selective Insurance | Email transmitting letter regarding settlement | Attorney work product |
| 82 | 10/12/2010 | Todd M. Raskin, MR&R | Carl E. Cormany, MR&R | Email requesting Carl to prepare the mediation statement. | Attorney work product |

9 | P a g e

City of Barberton's Privilege or Work-Product Documents Log

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 83 | 10/12/2010 | Todd M. Raskin, MR&R | Scottsdale Insurance Co. | Email transmitting letters regarding trial preparation. | Attorney-client privilege/work product |
| 84 | 10/12/2010-10/13/2010 | Patrick Stetz, Selective | Todd M. Raskin, MR&R | String of emails regarding RLI's denial of coverage. | Attorney work product |
| 85 | 10/13/2010 | Todd M. Raskin, MR&R | Keven Eiber, Brouse McDowell | Email transmitting mediation notices. | Attorney work product |
| 86 | 10/13/2010 | Todd M. Raskin, MR&R | Rory Dunne, Karbal, Cohen | String of emails regarding fee bills. | Attorney work product |
| 87 | 10/15/2010-10/16/2010 | Todd M. Raskin, MR&R | Carmen Naso, Expert | String of emails regarding conference. | Attorney work product |
| 88 | 10/19/2010 | Todd M. Raskin, MR&R | Atty. Richard Garner, Davis & Young | Email regarding Rosen research proposal. | Attorney work product |
| 89 | 10/19/2010 | Todd M. Raskin, MR&R | Atty. Thomas Glassman, Smith, Rolfes & Skavdahl | Email regarding Rosen research proposal and settlement. | Attorney work product |
| 90 | 10/19/2010 | Todd M. Raskin, MR&R | Atty Miller & Eiber | Email regarding Rosen research proposal and discussion of settlement | Attorney-client privilege/work product |
| 91 | 10/19/2010 | Todd M. Raskin, MR&R | Atty. Kurt Zitzer | Email regarding Plaintiff's settlement demand. | Attorney work product |
| 92 | 10/20/2010 | Atty. Rich Garner, Davis & Young | Todd M. Raskin, MR&R | Email regarding denial of contribution to settlement. | Attorney work product |

In re Melinda Louise Elkins, Case No. 05-65317 (USBC ND Ohio)
In re Clarence Arnold Elkins, II, Case No. 05-69543 (USBC ND Ohio)

City of Barberton's Privilege or Work-Product Documents Log

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 93 | 10/20/2010 | Patrick Stetz, Selective | Todd M. Raskin, MR&R | Email transmitting Selective's policy. | Attorney work product |
| 94 | 10/21/2010 | Matt Hudak, City of Barberton | Carl E. Cormany, MR&R | Email transmitting explanation page. | Attorney-client privilege/work product |
| 95 | 10/21/2010 | Scottsdale Insurance | Todd M. Raskin, MR&R | Email requesting developments in case. | Attorney-client privilege/work product |
| 96 | 10/21/2010 | Todd M. Raskin, MR&R | Atty. Miller, City of Barberton | Email transmitting jury consultant fee. | Attorney-client privilege/work product |
| 97 | 10/22/2010 | Atty. Miller, City of Barberton | Todd M. Raskin, City of Barberton | Email regarding executive session being called to discuss insurance litigation. | Attorney-client privilege/work product |
| 98 | 10/23/2010 | Todd M. Raskin, MR&R | Keven Eiber, Brose McDowell | Email transmitting Glassman letter to TMR. | Attorney work product |
| 99 | 10/27/2010 | Atty. Miller, City of Barberton | Todd M. Raskin, MR&R | Email regarding funds for consultant. | Attorney-client privilege/work product |
| 100 | 10/27/2010 | Todd M. Raskin, MR&R | Atty. Miller, City of Barberton | Email regarding Glassman letter to Raskin. | Attorney-client privilege/work product |
| 101 | 10/27/2010 | Todd M. Raskin, MR&R | Atty. Zitzer | Email regarding umbrella insurers. | Attorney work product |

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 102 | 11/02/2010 | Scottsdale Insurance Co. | Todd M. Raskin, MR&R | Email authorizing payment for mock jury trial. | Attorney-client privilege/work product |
| 103 | 11/03/2010 | Patrick Stetz, Selective Insurance | Todd M. Raskin, MR&R | Email regarding "bottom line" settlement demand. | Attorney work product |
| 104 | 11/03/2010 | Todd M. Raskin, MR&R | Patrick Stetz, Selective | Email transmitting Plaintiff's "bottom line" settlement demand. | Attorney work product |
| 105 | 11/03/2010 | Carl E. Cormany, MR&R | Todd M. Raskin, MR&R | String of emails transmitting memo and discussion of new strategy regarding Elkins. | Attorney work product |
| 106 | 11/04/2010 | Todd M. Raskin, MR&R | Dr. Swales, Expert | Transmit Kuper's reports. | Attorney work product |
| 107 | 11/05/2010 | Todd M. Raskin, MR&R | Todd M. Raskin, MR&R | Email regarding trial date. | Attorney work product |
| 108 | 11/05/2010 | Tony Monheim, Expert | Todd M. Raskin, MR&R | String of emails regarding mock jury trial. | Attorney work product |
| 109 | 11/08/2010-11/11/2010 | Adam Rosen, Jury Consultants | Todd M. Raskin, MR&R | Transmit invoices | Attorney work product |
| 110 | 11/09/2010 | Todd M. Raskin, MR&R | Scottsdale Insurance | Email regarding mock jury trial. | Attorney-client privilege/work product |
| | 11/09/2010 | Todd M. Raskin, MR&R | Atty. Miller, City of Barberton | Email regarding mock jury trial. | Attorney-client privilege/work product |

City of Barberton's Privilege or Work-Product Documents Log

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 111 | 11/09/2010 | Todd M. Raskin, MR&R | Atty. Eiber, Brouse McDowell | Email regarding mock jury trial | Attorney Work product |
| 112 | 11/09/2010 | Todd M. Raskin MR&R | Atty. Garner, Davis & Young | Email regarding mock jury trial | Attorney work product |
| 113 | 11/09/2010 | Todd M. Raskin MR&R | Atty. Glassman, Smith, Rolfes & Skavdahl | Email regarding mock jury trial | Attorney work product |
| 114 | 11/09/2010 | Todd M. Raskin, MR&R | Atty. Dunne, Karbal, Cohen, Economou, Silk & Dunne | Email regarding mock jury trial. | Attorney work product |
| 115 | 11/10/2010 | Todd M. Raskin, MR&R | Dr. Swales, Expert | Email transmitting Dr. Kuper's DVD | Attorney work product |
| 116 | 11/10/2010 | Patrick Stetz, Selective | Todd M. Raskin, MR&R | Email regarding meeting to discuss mediation. | Attorney work product |
| 117 | 11/10/2010 | Todd M. Raskin MR&R | Dr. Swales, Expert | Email asking if there is a supplemental report. | Attorney work product |
| 118 | 11/11/2010 | Carl E. Cormany, MR&R | Todd M. Raskin, MR&R | Email regarding time record and subpoena to Plaintiffs. | Attorney work product |
| 119 | 11/11/2010 | Shawn A. Romer, MR&R | Linda Weber, Visual Evidence | Transmit supplements and miscellaneous in support of demonstrative evidence. | Attorney work product |
| 120 | 11/11/2010 | Adam Rosen, Jury Consultants | Todd M. Raskin, MR&R | Request for retainer. | Attorney work product |

In re Melinda Louise Elkins, ... e No. 05-65317 (USBC ND Ohio)
<u>In re Clarence Arnold Elkins, II</u>, Case No. 05-69543 (USBC ND Ohio)

City of Barberton's Privilege or Work-Product Documents Log

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 121 | 11/11/2010 | Todd M. Raskin, MR&R | Todd M. Raskin, MR&R | Transmit letter regarding retainer check | Attorney work product |
| 122 | 11/15/2010 | Todd M. Raskin, MR&R | Atty Glassman/Atty Dunne | String of emails regarding site of mock jury trial. | Attorney work product |
| 123 | 11/15/2010 | Todd M. Raskin, MR&R | Attys Dunne, Eiber, Garner, Miller; Scottsdale Ins.; Hudak (City of Barberton) | Email regarding increased settlement demand from Plaintiff and strategy going forward. | Attorney-client privilege/work product |
| 123 | 11/15/2010 | Todd M. Raskin, MR&R | Adam Rosen, Jury Consultants | Email regarding Elkins timeline and criminal investigation. | Attorney work product. |
| 124 | 11/15/2010 | Todd M. Raskin, MR&R | Scottsdale Insurance | Email deposition summaries of experts | Attorney-client privilege/work product |
| 125 | 11/15/2010 | Carl E. Cormany, MR&R | Scottsdale Insurance | Email supplemental Litigation Development Report | Attorney-client privilege/work product |
| 126 | 11/16/2010 | Todd M. Raskin, MR&R | Dr. Swales, Expert | Email depo transcripts | Attorney work product |
| 127 | 11/16/2010 | Todd M. Raskin, MR&R | Scottsdale Insurance Co. | Transmit expert invoices. | Attorney-client privilege/work product |
| 128 | 11/16/2010 | Todd M. Raskin, MR&R | Scottsdale Insurance Co. | Transmit settlement of case. | Attorney-client privilege/work product |

City of Barberton's Privilege or Work-Product Documents Log

| DOC # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 130 | 11/17/2010 | Todd M. Raskin, MR&R | Expert Rothlein, Swales, Monheim and Naso | Transmit settlement of case. | Attorney work product |
| 131 | 11/17/2010 | Todd M. Raskin, MR&R | Atty. Swartz, Old National Insurance. | Transmit Order dismissing case. | Attorney work product |
| 132 | 11/17/2010 | Todd M. Raskin, MR&R | Scottsdale Insurance Co. | Transmit Order dismissing case and settlement terms. | Attorney-client privilege/work product |
| 133 | 11/18/2010 | Atty. Garner, Davis & Young | Todd M. Raskin, MR&R | Email regarding finalized settlement agreement. | Attorney work product |
| 134 | 11/19/2010 | Todd M. Raskin, MR&R | Scottsdale Insurance Co. | Transmit Dr. Swales invoice. | Attorney-client privilege/work product |
| 135 | 11/19/2010 | Todd M. Raskin, MR&R | Scottsdale Insurance Co. | Transmit Dr. Kuper's invoice | Attorney-client privilege/work product |
| 136 | 11/19/2010 | Todd M. Raskin, MR&R | Scottsdale Insurance Co. | Transmit Visual Evidence invoice. | Attorney-client privilege/work product |
| 137 | 11/22/2010 | Todd M. Raskin, MR&R | Charlie Snyder, Ohio Atty. General's Office | Transmit letter regarding confirmed settlement. | Attorney work product |
| 138 | 11/23/2010 | Atty Glassman, Smith, Rolfes & Skavdahl | Todd M. Raskin, Esq. | Letter regarding mediation | Attorney work product |

In re Melinda Louise Elkins, Case No. 05-65317 (USBC ND Ohio)
In re Clarence Arnold Elkins, II, Case No. 05-69543 (USBC ND Ohio)

City of Barberton's Privilege or Work-Product Documents Log

| Doc # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 139 | 11/29/2010 | City of Barberton | Todd M. Raskin, MR&R | Barberton Municipal Court documents | Attorney work product |
| 140 | 12/03/2010 | Todd M. Raskin, MR&R | Scottsdale Insurance | Transmit Naso's W-9 | Attorney-client privilege/work product |
| 141 | 12/15/2010 | Atty. Glassman, Smith, Rolfes | Todd M. Raskin, MR&R | Transmit letter and proposed assignment. | Attorney work product |
| 142 | 12/16/2010 | Patrick Stetz, Selective | Todd M. Raskin, MR&R | Email structure vendor information. | Attorney work product |
| 143 | 12/22/2010 | Keven Eiber, Brouse McDowell | Todd M. Raskin, MR&R | Policyholder's Release & Assignment | Attorney work product |
| 144 | 12/27/2010 | Todd M. Raskin, MR&R | Scottsdale Insurance | Email status update on settlement | Attorney-client privilege/work product |
| 145 | 01/04/2011 | Atty Glassman, Smith, Rolfes | Todd M. Raskin, MR&R | Email discussing language in settlement agreement. | Attorney work product |
| 146 | 01/05/2011 | Todd M. Raskin, MR&R | City of Barberton | Draft Comprehensive Release of All Claims & Demands | Attorney work product |
| 147 | 01/07/2011 | Todd M. Raskin, MR&R | Patrick Stetz, Selective; David Swartz, Old National Insurance; Scottsdale Insurance; Richard Garner, Davis & Young | Email transmitting Elkins Order signed on Compromise, Loevy W-9; and correspondence explaining same | Attorney work product |

City of Barberton's Privilege or Work-Product Documents Log

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 148 | 01/06/2011 | Todd M. Raskin, MR&R | City of Barberton | Draft Comprehensive Release | Attorney work product |
| 149 | 01/07/2011 | Todd M. Raskin, MR&R | City of Barberton | Draft Comprehensive Release | Attorney work product |
| 150 | 01/11/2011 | David Swartz, Old National Ins. | Todd M. Raskin, MR&R | Email regarding settlement draft. | Attorney work product |
| 151 | 01/12/2011 | Todd M. Raskin, MR&R | Patrick Stetz, Selective Ins. | Email regarding re-order checks | Attorney work product |
| 152 | 01/13/2011 | Todd M. Raskin, MR&R | Stetz, Selective Insurance | String of emails regarding W-9s and request for socials | Attorney work product |
| 153 | 01/18/2011 | Todd M. Raskin, MR&R | Atty. Miller, City of Barberton | Email transmitting Order dismissing case. | Attorney-client privilege/work product |
| 154 | 01/18/2011-01/19/2011 | Todd M. Raskin, MR&R | David Swartz, Old national Ins. | String of emails regarding settlement draft. | Attorney work product |
| 155 | 01/24/2011 | Patrick Stetz, Selective Ins. | Todd M. Raskin, MR&R | Email regarding special check handling. | Attorney work product |
| 156 | 01/27/2011 | Scottsdale Insurance Co. | Todd M. Raskin, MR&R | Email copy of computer generated check. | Attorney-client privilege/work product |
| 157 | 02/15/2011 | Todd M. Raskin, MR&R | Scottsdale Insurance Co. | Email transmitting Dr. Kuper's invoice | Attorney-client privilege/work product |

City of Barberton's Privilege or Work-Product Documents Log

| DOC. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| | 02/16/2011 | Scottsdale Insurance Co. | Todd M. Raskin, MR&R | Email regarding rush payment for Dr. Kuper. | Attorney-client privilege/work product |
| 158 | 03/17/2011 | Todd M. Raskin, MR&R | Richard Studenic, Wichert Insurance | Email transmitting Executed Release. | Attorney work product |
| 159 | 09/20/2011 | Atty. Brian L. Wildermuth, Selective Ins. | Carl E. Cormany, MR&R | Email requesting settlement agreement/release | Attorney work product |
| 160 | 11/15/2011 | Karen Adinolfi, Esq. | Todd M. Raskin, MR&R/Lisa Miller, City of Barberton | Email regarding subpoena received by the City of Barberton | Attorney-client privilege/work product |
| 161 | | | | | |

In re Melinda Louise Elkins, Case No. 05-65317 (USBC ND Ohio)
In re Clarence Arnold Elkins, II, Case No. 05-69543 (USBC ND Ohio)

City of Barberton's Privilege or Work-Product Documents Log B

| Doc. # | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | REASON FOR NON-PRODUCTION |
|---|---|---|---|---|---|
| 102 | 08/19/2010 | Todd M. Raskin, Esq., MR&R | Blair Libby | Letter regarding status of case | Attorney-client privilege/attorney work product |
| 103 | 09/16/2010 | Roetzel & Andress | Blair Libby, Swartz & Raskin | Letter regarding status of case and settlement | Attorney-client privilege/attorney work product |
| 104 | 09/17/2010 | Todd M. Raskin, Esq., MR&R | Scottsdale Ins. Co., RLI, Selective & IWF Specialty | Letter regarding settlement demand | Attorney-client privilege/attorney work product |